UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURELAND PICTURES, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> MEHRET MANDEFRO, <br><br> Defendants. | 07 CV 10448 <br><br> RULE 7.1 STATEMENT |

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Pureland Pictures, Inc. ("Pureland") certifies that Pureland, a privately held corporation, has no parent corporation, no subsidiaries, and no publicly-held company owns ten percent (10%) or more of the stock of Pureland.

Dated: New York, New York
November 19, 2007

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Darren W. Johnson

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000