## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 10448                                Date Filed: 11/19/2007

**Plaintiff:**
PURELAND PICTURES, INC.

vs.

**Defendant:**
MEHRET MANDEFRO

**For:**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue Of The Americas
New York, NY 10019

Received these papers to be served on DR. MEHRET MANDEFRO, located at UNIVERSITY OF PENNSYLVANIA, 3641 Locust Walk, Room 304, Philadelphia, PA 19104.

I, Edward Gonet, being duly sworn, depose and say that on the 20th day of November, 2007 at 4:31 pm, I:

Served the above named individual, by delivering and leaving a separate true copy of the Summons In A Civil Action, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Guidelines for Electronic Case Filing, Individual Practices of Judge Loretta A. Preska, Individual Practices of Magistrate Judge Mass, Procedures for Electronic Case Filing & 3rd Amended Instructions for Filing an Electronic Case or Appeal with Elizabeth Wildsmith, Post Docturial Fellow, who accepted on behalf of at the within named address; the said premises being the named individual's usual place of business.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Description of Person Served:** Age: 30, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 130, Hair: Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 26th day of November, 2007 by the affiant who is personally known to me.

Edward Gonet
Process Server

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Christopher J. Mullen, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Sept. 20, 2010
Member, Pennsylvania Association of Notaries

Our Job Serial Number: 2007006205
Ref: C/M#97641-001 KOHN

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5)

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 10448

Date Filed: 11/19/2007

Plaintiff:
**PURELAND PICTURES, INC.**

vs.

Defendant:
**MEHRET MANDEFRO**

For:
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue Of The Americas
New York, NY  10019

Received these papers to be served on **DR. MEHRET MANDEFRO, located at UNIVERSITY OF PENNSYLVANIA, 3641 Locust Walk, Room 304, Philadelphia, PA 19104**.

I, Selena Cabrera, being duly sworn, depose and say that on the **20th day of November, 2007 at 5:00 pm**, I:

Mailed a true copy of **Summons In A Civil Action, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Guidelines for Electronic Case Filing, Individual Practices of Judge Loretta A. Preska, Individual Practices of Magistrate Judge Mass, Procedures for Electronic Case Filing & 3rd Amended Instructions for Filing an Electronic Case or Appeal** by First Class Mail bearing the words "Personal Confidential" on November 20, 2007 in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 26th day of November, 2007 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Selena Cabrera
Process Server

Our Job Serial Number: 2007005216
Ref: C/M#97641-001 KOHN

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j