JUDGE PRESKA

⌐AO 440 (Rev. 8/01) Summons in a Civil Action

PAUL WEISS

# UNITED STATES DISTRICT COURT

Southern District of New York

PURELAND PICTURES, INC.

V.

MEHRET MANDEFRO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 10448

TO: (Name and address of Defendant)

Dr. Mehret Mandefro
University of Pennsylvania
3641 Locust Walk, Room 304
Philadelphia, Pennsylvania 19104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Darren W. Johnson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE NOV 19 2007

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date               *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURELAND PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEHRET MANDEFRO, M.D., <br><br> Defendant. | 07-CV-10448 (BSJ) (MHD) |

**AFFIDAVIT OF SERVICE**

AFFIDAVIT OF SERVICE BY HAND

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK     )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On December 6, 2007, I served true copies of the attached SUMMONS IN A CIVIL CASE, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, INDIVIDUAL RULES FOR HON. JUDGE PRESKA, INDIVIDUAL RULES FOR HON. JUDGE MAAS and GUIDELINES FOR ELECTRONIC CASE FILING on the following:

> Dr. Mehret Mandefro
> University of Pennsylvania
> 3641 Locust Walk, Room 304
> Philadelphia, Pennsylvania 19104

3. I made such service on Dr. Mehret Mandefro, by personally delivering true copies of the aforementioned documents to Steven Katzenstein, an attorney at Skadden Arps, Slate Megher & Flom LLP located at 4 Times Square, New York, NY 10036 who stated that he was authorized to accept such service at the above stated address.

Doc#: NY6: 185617.1

4. I would describe Steven Katzenstein, as a Caucasian male, approximately 50 years of age with balding grey hair and blue eyes. He stood approximately 5 feet 6 inches tall and weighed 150lbs.

_____
Austin K. Wilkinson

Sworn to before me this
7TH day of December, 2007

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008

Doc#: NY6: 185617.1