PROSKA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PURELAND PICTURES, INC.

   Plaintiff,

   -against-

MEHRET MANDEFRO

   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 Civ. 10448 (LAP)

ECF Case

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by the parties in the above captioned action, through their undersigned attorneys, that the Defendant Mehret Mandefro's time to answer or otherwise respond to the Complaint is extended to and including January 22, 2008. This is the first requested extension of the original date which, depending upon the parties' differing views as to the facts related to the service of the Summons and Complaint, is sometime between December 10 and December 26, 2007.

Dated: December 7, 2007

*Vaughn C. Williams*
_____
Vaughn C. Williams Esq.
4 Times Square
New York, New York 10036
212-735-3470
Attorney for Defendant Mehret Mandefro

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP

By /s/ _____
Darren W. Johnson
1285 Sixth Avenue
New York, New York 10019-6064
212-373-3000
Attorneys for Plaintiff Pureland Pictures Inc.

So ordered:

December 11, 2007

/s/ Loretta A. Preska
Hon. Loretta A. Preska

2