```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PURELAND PICTURES, INC.,

        Plaintiff,

   v.

MEHRET MANDEFRO,

        Defendant.
------------------------------------------------------X

07 CV 10448 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

    Counsel shall appear for a pre-motion conference as set forth in Mr. Johnson's February 26 letter on Thursday, March 6 at 10 a.m. Counsel may appear by telephone.

    Defendant's counsel shall inform the Court and plaintiff's counsel by letter no later than Noon on March 4 of the nature of the counterclaims defendant intends to file.

SO ORDERED:

Dated: March 3, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Purelandorder33