```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PURELAND PICTURES, INC.,

                Plaintiff,

        v.

MEHRET MANDEFRO,

                Defendant.
----------------------------------------------------------------x

No. 07 Civ. 10448 (LAP)

**STIPULATION AND (PROPOSED) ORDER**

      WHEREAS, pursuant to the Court's request, the undersigned counsel have conferred and agreed to the following briefing schedule, and respectfully request its entry by the Court in the above-captioned proceeding;

      IT IS HEREBY STIPULATED AND AGREED, between and among the undersigned that:

      a) Defendant's amended answer and counterclaims shall be due no later than March 24, 2008;

      b) Plaintiff's memorandum of law in support of its motion for summary judgment shall be due no later than April 7, 2008;

      c) Defendant's memorandum of law in opposition to Plaintiff's motion for summary judgment shall be due no later than April 21, 2008; and

      d) Plaintiff's reply brief shall be due no later than April 28, 2008.

Dated: New York, New York
March 10, 2008

                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Darren W. Johnson
1285 Avenue of the Americas
New York, New York  10019-6064
(212) 373-3000
djohnson@paulweiss.com

*Attorney for Pureland Pictures, Inc.*

By: _____
Stephanie J. Kamerow
Four Times Square
New York, New York  10036-6522
(212) 735-3000
stephanie.kamerow@skadden.com

*Attorney for Mehret Mandefro*

SO ORDERED:

_Loretta A. Preska_
The Honorable Loretta A. Preska
United States District Judge

March 12, 2008