UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ )
PURELAND PICTURES, INC.                                      )   07 CV 10448 (LAP)
                                                             )
                    Plaintiff,                               )
                                                             )   **NOTICE OF MOTION**
          v.                                                 )   **FOR SUMMARY JUDGMENT**
                                                             )
MEHRET MANDEFRO,                                             )
                                                             )
                    Defendant.                               )
------------------------------------------------------------ )

      PLEASE TAKE NOTICE THAT, upon the pleadings and papers in this matter, the Declaration of Darren W. Johnson, dated April 7, 2008, and the exhibits attached thereto, Plaintiff's Local Rule 56.1 Statement of Undisputed Facts in Support of Its Motion for Summary Judgment, dated April 7, 2008, and the accompanying Memorandum of Law, Plaintiff Pureland Pictures Inc. will move this Court before the Honorable Loretta A. Preska, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Plaintiff's motion for summary judgment, dismissing Defendant Mehret Mandefro's counterclaims and entering judgment in favor of Plaintiff.

      Oral argument is requested.

      The grounds for this motion are set forth in the accompanying memorandum of law.

2

| | |
|---|---|
| Dated: New York, New York<br>April 7, 2008 | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br><br><br>By:   /s/ Darren W. Johnson   <br><br>Darren W. Johnson<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>(212) 373-3000 telephone<br>(212) 757-3990 facsimile<br>djohnson@paulweiss.com<br><br>*Attorney for Plaintiff Pureland Pictures, Inc.* |