```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PURELAND PICTURES, INC.,  :   07 CV 10448 (LAP)

       Plaintiff,  :   ORDER

   v.  :

MEHRET MANDEFRO,  :

       Defendant.  :

------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    Plaintiff's counsel shall inform the Court by letter no later than May 9 as to the status of the action following defendant's offer of judgment.

SO ORDERED:

Dated: May 5, 2008

                              _____
                              LORETTA A. PRESKA, U.S.D.J.

Purelandorder55