## PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3710

WRITER'S DIRECT FACSIMILE

(212) 492-0710

WRITER'S DIRECT E-MAIL ADDRESS

djohnson@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

MATTHEW W. ABBOTT
MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F BAUGHMAN
LYNN B. BAYARD
DANIEL J BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
RICHARD S. BORISOFF
HENK BRANDS
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL
JEANETTE K. CHAN
YVONNE Y. F. CHAN
DOUGLAS A CIFU
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHARLES E. DAVIDOW
DOUGLAS R DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
ROBERTO FINZI
PETER E. FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B FREIDUS
KENNETH A GALLO
MICHAEL E. GERTZMAN
PAUL D GINSBERG
ERIC S GOLDSTEIN
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
JOYCE S HUANG
JEH CHARLES JOHNSON
MEREDITH J KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W KORNBERG

DANIEL J KRAMER
DAVID K LAKHDHIR
JOHN E LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
JULIA TARVER MASON
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W. MAYO
TOBY S MYERSON
JOHN E NATHAN
CATHERINE NYARADY
ALEX YOUNG K OH
JOHN J O'NEIL
KELLEY D PARKER
ROBERT P PARKER
MARC E PERLMUTTER
MARK F POMERANTZ
VALERIE E RADWANER
CAREY R RAMOS
CARL L REISNER
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
STEVEN B ROSENFELD
PETER J ROTHENBERG
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
JUDITH R THOYER
DANIEL J TOAL
MARK A. UNDERBERG
LIZA M VELAZQUEZ
MARIA T VULLO
LAWRENCE G WEE
THEODORE V WELLS JR
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
JORDAN E YARETT
KAYE N YOSHINO
ALFRED D YOUNGWOOD
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI JR

April 30, 2008

**By Facsimile**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

*Pureland Pictures, Inc.* v. *Mehret Mandefro*, No. 07 Civ. 10448 (LAP)

Dear Judge Preska:

We represent plaintiff Pureland Pictures, Inc. ("Pureland"), and are writing in response to the letter from defendant Dr. Mehret Mandefro that was faxed to the Court earlier today. For the reasons discussed below, we oppose Dr. Mandefro's request for mediation and a further extension of the briefing schedule.

On March 10, 2008, the parties filed a stipulation setting forth a briefing schedule on Pureland's motion for summary judgment. That stipulation was so ordered by this Court on March 12. That schedule provided that after Dr. Mandefro filed her Amended Answer and Counterclaims, Pureland would have two weeks to serve its motion for summary judgment, Dr. Mandefro would have two weeks to serve her opposition papers, and Pureland would have one week to serve its reply. Consistent with that schedule, Pureland served its motion for summary judgment on April 7. Eight days later, on April 15, counsel for Dr. Mandefro contacted us to discuss settling the case. We prepared a draft settlement agreement and sent it to counsel for Dr. Mandefro on April 17. The next day, counsel for Dr. Mandefro requested that we consent to a ten-day extension of the time for Dr. Mandefro to file her opposition papers. We agreed to do so with the hope that we would be able to resolve this dispute amicably. Now, after having

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
The Honorable Loretta A. Preska                                                    2

more than three weeks to prepare her opposition brief, Dr. Mandefro seeks an additional
four-and-a-half week extension.   The reason offered for this extension is that it is
necessary "to give the parties ample time to reach a mutually agreeable settlement." This
purported rationale does not hold water.

The parties have been engaged in settlement negotiations for more than
two weeks, numerous draft agreements have been exchanged, and the parties have had
more than sufficient time to discuss the outstanding issues. At this point, nothing is left
to be said, and we are frankly not sure that Dr. Mandefro ever had a good faith intention
to settle this case.   For those reasons, we do not think that mediation would be
productive.  We also do not think that a further extension of the briefing schedule is
justified.  Counsel for Dr. Mandefro have had ample time to prepare their opposition
papers and should not be permitted to delay these proceedings any further.  There simply
is no reason why Dr. Mandefro should need eight weeks to respond to a motion that took
us only two weeks to draft.  Accordingly, we respectfully request that Your Honor deny
the request for an additional enlargement of time.

Respectfully submitted,

Darren W. Johnson

cc:     Michael Ridgway Jones (via facsimile)

*Defendant's time to file papers opposing Plaintiff's motion for summary judgment is extended to May 12.*

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 7, 2008