VAUGHN C. WILLIAMS
MICHAEL RIDGWAY JONES
. . .
FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000

April 30, 2008

**By Facsimile**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

Re: Pureland Pictures, Inc. v.
Mehret Mandefro, No. 07 Civ. 10448 (LAP)

Dear Judge Preska:

We write on behalf of our client, defendant/counterclaim-plaintiff Dr. Mehret Mandefro, concerning the above-referenced matter. On April 18, 2008, the parties filed a consent stipulation to extend the time for Dr. Mandefro to respond to plaintiff/counterclaim-defendant Pureland Pictures, Inc.'s ("Pureland") Motion for Summary Judgment. This stipulation was filed for the express purpose of giving the parties time to reach a mutually agreeable settlement of the lawsuit. Although the parties have made great progress, and indeed are very close to reaching such a settlement, there unfortunately remain some issues the parties have been unable to resolve. Accordingly, we write pursuant to Local Rule 83.12 to seek the Court's assistance in resolving the remaining disputed issues in connection with the proposed settlement agreement. Given the advanced state of the parties' discussions, we believe that any mediation would last no longer than one day. We are compelled to note that Dr. Mandefro's request for mediation is not on consent.

In connection with Dr. Mandefro's request for mediation, we also seek a further extension of time for Dr. Mandefro to file her opposition to Pureland's Motion for Summary Judgment. Although there has already been one extension of Dr. Mandefro's time to respond, the original date being April 21, 2008 per the Court's Stipulation and Order dated March 17, 2008, we believe that it is in the parties' and the Court's interest to avoid wasteful and inefficient motion practice if at all possible. Therefore, Dr. Mandefro requests an enlargement of her time to respond to Pureland's Motion from the currently stipulated date of May 1, 2008 up to and including June 2,

Hon. Loretta A. Preska
April 30, 2008
Page 2

2008 to give the parties ample time to reach a mutually agreeable settlement. This request, too, has not been consented to by Pureland.

We welcome the opportunity to discuss our proposal with the Court directly should the Court so desire.

Sincerely yours,

Michael Ridgway Jones

Cc:    Darren W. Johnson (via facsimile)
Vaughn C. Williams