```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PURELAND PICTURES, INC.,               Case No. 07 Civ. 10448 (LAP)

                Plaintiff,       ECF Case

- against -

                                   [PROPOSED] STIPULATED
                                   ORDER AND JUDGMENT
MEHRET MANDEFRO,                       ON CONSENT

                Defendant.

------------------------------------x

IT IS HEREBY ORDERED, DECREED AND ADJUDGED that:

1. The production, distribution, and display of the film produced by Pureland Pictures, Inc. ("Pureland") currently entitled "All of Us" and previously entitled "Mehret" (the "Film") does not breach any agreement between Pureland and Dr. Mehret Mandefro ("Dr. Mandefro").

2. Dr. Mandefro has not retained any rights to the photographic and audio recordings of Dr. Mandefro made by Pureland in connection with the Film (the "Likenesses") or to any use to which Pureland may apply the Likenesses.

3. Dr. Mandefro may not bring any claims on behalf of other individuals not listed as parties in this action.

4. The counterclaims filed in this action by Dr. Mandefro are dismissed with prejudice.

5. Each party will bear its own attorneys' fees and costs previously or hereafter incurred in connection with this action.

Dated: May 13, 2008

                                         Vaughn C. Williams
                                         Michael Ridgway Jones
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000

Attorneys for Defendant/Counterclaim-
Plaintiff Mehret Mandefro

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP

By: _____
      Darren W. Johnson
      1285 Sixth Avenue
      New York, New York 10019-6064
      (212) 373-3000

Attorneys for Plaintiff/Counterclaim-
Defendant Pureland Pictures Inc.

> The Clerk of the Court shall mark this action closed and all pending motions denied as moot.
>
> SO ORDERED:
> _____
> Honorable Loretta A. Preska, U.S.D.J.

SO ORDERED:

May 14, 2008